BARCELO, HARRISON & WALKER, LLP
Reynaldo C. Barceló (SBN 199741)
rey@bhiplaw.com
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 340-9736
Facsimile:  (949) 258-5752
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL (FREMONT) INC., WESTERN DIGITAL (THAILAND) COMPANY LIMITED, WESTERN DIGITAL (MALAYSIA) SDN.BHD, <br><br> Defendants. | No. 5:11-cv-03786-PSG <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE RELATED DATES** |

Pursuant to Civil Local Rules 6-2, 7-12, and related rules, Plaintiff Guzik Technical Enterprises, Inc. ("GTE") and Defendants Western Digital Corporation, Western Digital Technologies, Inc., Western Digital (Fremont) Inc., Western Digital (Thailand) Company Limited, and Western Digital (Malaysia) SDN.BHD (collectively, "Western Digital Defendants"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on August 1, 2011, GTE filed its Complaint against the Western Digital Defendants;

WHEREAS, GTE asserts that it served its Complaint upon Defendant Western Digital Corporation on August 3, 2011;

WHEREAS, GTE asserts that it served its Complaint upon Defendant Western Digital (Thailand) Company Limited on August 3, 2011;

WHEREAS, GTE asserts that it served its Complaint upon Defendant Western Digital Technologies, Inc. on August 3, 2011;

WHEREAS, GTE asserts that it served its Complaint upon Defendant Western Digital (Malaysia) SDN.BHD on August 3, 2011;

WHEREAS, GTE asserts that it served its Complaint upon Defendant Western Digital (Fremont) Inc. on August 5, 2011;

WHEREAS, based on the foregoing, the answer or other response to the Complaint for the earliest-served Western Digital Defendants was initially due on or before August 24, 2011;

WHEREAS, on August 1, 2011, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 8) which, among other provisions, set an Initial Case Management Conference in the above-specified action on October 18, 2011, and specified related deadlines leading up to that conference;

WHEREAS, GTE and Western Digital, through their respective counsel of record, have agreed to extend the time by which Western Digital must answer or otherwise respond to the Complaint, and to seek a corresponding continuance of the dates that have already been set by the Court;

1   WHEREAS, Western Digital's undersigned counsel hereby declares that the extensions
2   requested herein are necessary to provide the Western Digital Defendants sufficient time to
3   analyze the allegations set forth in the Complaint, retain counsel and formulate their responses to
4   the Complaint; and

5   WHEREAS, the parties' undersigned counsel hereby declare and disclose that no
6   previous time modifications have been sought or obtained in the above-entitled action, and that
7   the time modifications requested herein would have no material impact on the case schedule
8   because the case is at its initial stage:

9   IT IS HEREBY STIPULATED by and between the parties hereto through their
10  respective attorneys of record that:

11  (1)   The Western Digital Defendants shall have until September 26, 2011 to file a
12        response to the Complaint;
13  (2)   The Initial Case Management Conference will be continued from October 18,
14        2011 to November 15, 2011, in Courtroom 5, 4th Floor, San Jose Courthouse, at
15        2:00 p.m., and all other dates will be continued accordingly.

17  Dated: August 11, 2011                    Respectfully submitted,

                                              **BARCELO, HARRISON & WALKER, LLP**

                                              By:      */s/ Reynaldo C. Barceló*

                                              Reynaldo C. Barceló

                                              ATTORNEY FOR DEFENDANTS
                                              WESTERN DIGITAL CORPORATION,
                                              WESTERN DIGITAL TECHNOLOGIES,
                                              INC., WESTERN DIGITAL (FREMONT)
                                              INC., WESTERN DIGITAL (THAILAND)
                                              COMPANY LIMITED, AND WESTERN
                                              DIGITAL (MALAYSIA) SDN.BHD

| | | |
|---|---|---|
| 1 | Dated: August 11, 2011 | Respectfully submitted, |
| 2 | | **BERGESON, LLP** |
| 4 | | By:      */s/ Jaideep Venkatesan* |
| 5 | | Jaideep Venkatesan |
| 6 | | ATTORNEY FOR PLAINTIFF GUZIK TECHNICAL ENTERPRISES, INC. |

9  I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of
10 this document has been obtained from the other signatories.

11 Dated: August 11, 2011              */s/ Reynaldo C. Barceló*

12                                    Reynaldo C. Barceló

15 PURSUANT TO STIPULATION, IT IS SO ORDERED

18 Dated: August 12, 2011         _[signature]_____

19                                HONORABLE PAUL S. GREWAL
                                   UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: August 11, 2011              /s/ Reynaldo C. Barceló

                                    Reynaldo C. Barceló