|   |   |
|---|---|
| 1 | BARCELO, HARRISON & WALKER, LLP |
| 2 | Reynaldo C. Barceló (SBN 199741) |
|   | rey@bhiplaw.com |
| 3 | 2901 West Coast Highway, Suite 200 |
|   | Newport Beach, CA 92663 |
| 4 | Telephone: (949) 340-9736 |
| 5 | Facsimile: (949) 258-5752 |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GUZIK TECHNICAL ENTERPRISES, INC., | |
|---|---|
| Plaintiff, | No. 5:11-cv-03786-PSG |
| v. | **STIPULATED ADMINISTRATIVE MOTION AND ORDER TO SEAL DOCUMENTS PREVIOUSLY FILED BY PLAINTIFF** |
| WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL (FREMONT) INC., WESTERN DIGITAL (THAILAND) COMPANY LIMITED, WESTERN DIGITAL (MALAYSIA) SDN.BHD, | |
| Defendants. | |

STIPULATED ADMIN. MOTION AND
ORDER TO SEAL DOCUMENTS PREVIOUSLY
FILED BY PLAINTIFF
5:11-cv-03786-PSG

1

1   WHEREAS, Pursuant to Civil L.R. 79-5 and 7-11, General Order No. 62, and all related

2   rules, Defendants Western Digital Corporation, Western Digital Technologies, Inc., Western

3   Digital (Fremont) Inc., Western Digital (Thailand) Company Limited, and Western Digital

4   (Malaysia) SDN.BHD (collectively, "Western Digital Defendants"), contend that Exhibits C and

5   D to the Complaint (Dkt. No. 1) should have been filed under seal as set forth in further detail in

6   the Declaration of their undersigned counsel that is being filed contemporaneously herewith

7   under seal ("Barceló Decl.");

8   WHEREAS, Plaintiff Guzik Technical Enterprises, Inc. ("GTE") maintains that Exhibits

9   C and D to the Complaint were not required to have been filed under seal, but in the interest of

10  maintaining any claimed confidentiality agrees to the Western Digital Defendants' request to seal

11  them; and

12  WHEREAS, all parties reserve all rights and remedies with respect to the matters at issue

13  in this stipulated request;

14  IT IS HEREBY STIPULATED AND AGREED by and between the above-identified

15  parties, subject to the Court's approval, that Exhibits C and D of the Complaint (Dkt. No. 1) be

16  sealed in their entirety, and that the currently public versions of these documents be removed

17  from the public record forthwith.

18  Dated: August 24, 2011                         Respectfully submitted,

19                                                **BARCELO, HARRISON & WALKER, LLP**

20

21                                                By:      */s/ Reynaldo C. Barceló*

22                                                Reynaldo C. Barceló

23                                                ATTORNEY FOR DEFENDANTS
                                                  WESTERN DIGITAL CORPORATION,
24                                                WESTERN DIGITAL TECHNOLOGIES,
                                                  INC., WESTERN DIGITAL (FREMONT)
25                                                INC., WESTERN DIGITAL (THAILAND)
                                                  COMPANY LIMITED, AND WESTERN
26                                                DIGITAL (MALAYSIA) SDN.BHD

27

28  STIPULATED ADMIN. MOTION AND           -2-
    ORDER TO SEAL DOCUMENTS PREVIOUSLY
    FILED BY PLAINTIFF
    5:11-cv-03786-PSG

| | | |
|---|---|---|
| 1 | Dated: August 24, 2011 | Respectfully submitted, |
| 2 | | **BERGESON, LLP** |
| 3 | | |
| 4 | | By:     /s/ Mindy M. Morton     _ |
| 5 | | Mindy M. Morton |
| 6 | | ATTORNEY FOR PLAINTIFF GUZIK TECHNICAL ENTERPRISES, INC. |

I hereby attest pursuant to General Order 45.X.B that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: August 24, 2011             /s/ Reynaldo C. Barceló

                                    Reynaldo C. Barceló

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 7, 2011           [signature: Paul S. Grewal]

                                    HONORABLE PAUL S. GREWAL
                                    UNITED STATES MAGISTRATE JUDGE

1

**CERTIFICATE OF SERVICE**

2   The undersigned hereby certifies that all counsel of record who are deemed to have

3   consented to electronic service are being served with a copy of this document via the Court's

4   ECF System.

5   Dated: August 24, 2011                             */s/ Reynaldo C. Barceló*

6                                                       Reynaldo C. Barceló

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATED ADMIN. MOTION AND                -4-
     ORDER TO SEAL DOCUMENTS PREVIOUSLY
     FILED BY PLAINTIFF
     5:11-cv-03786-PSG