1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for Plaintiff and Counter-Defendant
   GUZIK TECHNICAL ENTERPRISES
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

| | |
|---|---|
| 12  GUZIK TECHNICAL ENTERPRISES, a California corporation, | Case No. CV11-03786 PSG |
| 13 | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS AND TO CONTINUE RELATED DATES** |
| 14                          Plaintiff, | |
| 15        vs. | |
| 16  WESTERN DIGITAL CORPORATION, a Delaware corporation, WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, WESTERN DIGITAL (FREMONT), LLC, a Delaware corporation, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, a Thailand corporation, and WESTERN DIGITAL (MALAYSIA) Sdn. Bhd., a Malaysia corporation, inclusive, | Magistrate: Hon. Paul S. Grewal<br>Ctrm.:       5, 4th Floor<br><br>Case Filed: August 1, 2011<br>Trial Date:  None set. |
|                           Defendants. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND [PROPOSED] ORDER TO EXEND TIME FOR
PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIMS
AND TO CONTINUE RELATED DATES                                    Case No. C11-03786 PSG

Pursuant to Civil Local Rule 6-2, 7-12, and related rules, Plaintiff Guzik Technical Enterprises, Inc. ("GTE" or "Plaintiff") and Western Digital Corporation, Western Digital Technologies, Inc., Western Digital (Fremont), LLC, Western Digital (Thailand) Company Limited, and Western Digital (Malaysia) Sdn. Bhd. (collectively referred to herein as "Western Digital Defendants"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on August 1, 2011, GTE filed its Complaint against the Western Digital Defendants;

WHEREAS, the answer or other response to the Complaint for at least some of the Western Digital Defendants was initially due on or before August 24, 2011;

WHEREAS, on August 1, 2011, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 8) which, among other provisions, set an Initial Case Management Conference in the above-specified action on October 18, 2011, and specified related deadlines leading up to that conference;

WHEREAS, GTE and Western Digital, through their respective counsel of record, agreed to extend the time by which the Western Digital Defendants must answer or otherwise respond to the Complaint, and sought a corresponding continuance of the dates that have already been set by the Court;

WHEREAS, the Court ordered, pursuant to the Parties' stipulation, that The Western Digital Defendants would have until September 26, 2011 to file a response to the complaint and that the Initial Case Management Conference be continued from October 18, 2011 to November 15, 2011, in Courtroom 5, 4th Floor, San Jose Courthouse, at 2:00 p.m., and that all other dates would be continued accordingly;

WHEREAS on September 26, 2011, certain of the Western Digital Defendants filed Counterclaims against GTE, the answer or other response to which is due on October 17, 2011;

WHEREAS GTE's undersigned counsel hereby declares that the extensions requested herein are necessary to provide GTE with sufficient time to analyze the allegations set forth in the Counterclaims and formulate its response to the Counterclaims, and that continuance of related

case management dates would best serve the parties' and the Court's interest in judicial efficiency; and

WHEREAS the parties' undersigned counsel hereby declares that the time modifications requested herein would have no material impact on the case schedule because the case is at its initial stage:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

1. GTE shall have until November 16, 2011 to file a response to the Counterclaims;

2. The Initial Case Management Conference will be continued from November 15, 2011 to December 13, 2011, in Courtroom 5, 4th Floor, San Jose Courthouse, at 2:00 PM, and all other dates will be continued accordingly.

Date:  October 6, 2011                    BERGESON, LLP

                                          _____/s/_____
                                          Jaideep Venkatesan

                                          Attorneys for Plaintiff and Counter-Defendant
                                          GUZIK TECHNICAL ENTERPRISES

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date:  October 6, 2011                    LATHAM & WATKINS LLP

                                          _____/s/_____
                                          Richard G. Frenkel

                                          Attorneys for Defendants and Counter-Complainant
                                          WESTERN DIGITAL CORPORATION,
                                          WESTERN DIGITAL TECHNOLOGIES, INC.,
                                          WESTERN DIGITIAL (FREMONT), LLC,
                                          WESTERN DIGITAL (THAILAND) COMPANY

- 2 -

LIMITED, WESTERN DIGITAL (MALAYSIA) Sdn. Bhd.

PURUSANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___October 11_, 2011

*Paul S. Grewal* (signature)
The Honorable Paul S. Grewal
United States District Magistrate
Northern District of California

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR
PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIMS
AND TO CONTINUE RELATED DATES

- 3 -

Case No. C11-03786 PSG