UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC., | Case No.: C 11-3786 PSG |
| Plaintiff, | **ORDER CONTINUING HEARING DATE** |
| v. | |
| WESTERN DIGITAL CORPORATION, et al., | **(Re: Docket No. 25)** |
| Defendants. | |

The hearing on Defendants' motion to dismiss (Docket No. 25) is hereby CONTINUED to November 8, 2011 at 10:00 a.m.

Dated: 10/25/2011

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-3786
ORDER