```
 1  STEVEN M. BAUER, Bar No. 135067
    steven.bauer@lw.com
 2  JAMES L. DAY, Bar No. 197158
    jim.day@lw.com
 3  SVETLANA M. BERMAN, Bar No. 239445
    svetlana.berman@lw.com
 4  MOHITH R. JULAPALLI, Bar No. 268240
    mohith.julapalli@lw.com
 5  LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
 6  San Francisco, CA 94111-6538
    Telephone: (415) 391-0600
 7  Facsimile:  (415) 395-8095

 8  RICHARD G. FRENKEL, Bar No. 204133
    rick.frenkel@lw.com
 9  LATHAM & WATKINS LLP
    140 Scott Drive
10  Menlo Park, CA 94025
    Telephone: (650) 328-4600
11  Facsimile:  (650) 463-2600
```

Attorneys for Defendants and Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>    Defendants and Counterclaim Plaintiffs, and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN.BHD,<br><br>    Defendants. | CASE NO. 5:11-CV-03786-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S 35 U.S.C. § 271(g) CLAIMS UNDER RULE 12(b)(6)**<br><br>Date: November 8, 2011 [PROPOSED CHANGE TO November 15, 2011]<br>Time: 10:00 a.m.<br>Magistrate Judge: Hon. Paul Singh Grewal<br>Courtroom: 5, 4th Floor |

Pursuant to Civil Local Rules 6-2, 7-12, and related rules, Plaintiff Guzik Technical Enterprises, Inc. ("GTE") and Defendants Western Digital Corporation et al. (collectively, "Western Digital"), hereby stipulate through their respective counsel of record as follows:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTION TO DISMISS
5:11-CV-03786-PSG

1  WHEREAS, on September 26, 2011, Western Digital filed a motion to dismiss GTE's 35
2  U.S.C. § 271(g) claims under Federal Rule of Civil Procedure 12(b)(6) and proposed a hearing
3  date and time of November 1, 2011, 10:00 a.m. (Dkt. No. 25);

4  WHEREAS, after briefing was completed, the Court issued an Order continuing the
5  hearing on the motion to dismiss to November 8, 2011, 10:00 a.m. (Dkt. No. 36);

6  WHEREAS, certain counsel for Western Digital cannot attend the scheduled hearing due
7  to an unavoidable conflict;

8  WHEREAS, GTE and Western Digital, through their respective counsel of record, have
9  agreed with the Court's permission to continue the hearing on the motion to dismiss until
10 November 15, 2011, 10:00 a.m.; and

11 WHEREAS, the parties' undersigned counsel hereby declare that the requested time
12 modifications would have no material impact on the case schedule because the case is at its
13 initial stage:

14 IT IS HEREBY STIPULATED by and between the parties hereto through their
15 respective attorneys of record that:

16 The hearing on Western Digital's motion to dismiss will be continued from November 8,
17 2011 to November 15, 2011, in Courtroom 5, 4th Floor, San Jose Courthouse, at 10:00 a.m.

18

19 Dated: October 28, 2011                    LATHAM & WATKINS, LLP
20
21                                            By: /s/ Richard G. Frenkel
                                                  Richard G. Frenkel
22                                            Attorneys for Defendants/Counterclaim Plaintiffs
                                              Western Digital Corporation et al.
23

24 Dated: October 28, 2011                    BERGESON, LLP
25
26                                            By: /s/ Jaideep Venkatesan
                                                  Jaideep Venkatesan
27
                                              Attorneys for Plaintiff/Counterclaim Defendant
28                                            Guzik Technical Enterprises, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTION TO DISMISS
5:11-CV-03786-PSG

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: October 31, 2011

_____
HON. PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MOTION TO DISMISS
5:11-CV-03786-PSG