1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  James C. Otteson, Esq.
   jim@agilityiplaw.com
8  AGILITY IP LAW, LLP
   149 Commonwealth Dr.
9  Menlo Park, CA 64025
   Telephone:  (650) -227-4800
10 Facsimile:   (650) -318-3483

11 Attorneys for Plaintiff and Counter-Defendant
   GUZIK TECHNICAL ENTERPRISES
12

13                UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| 15  GUZIK TECHNICAL ENTERPRISES, a California corporation, | Case No. CV11-03786 PSG |
| 16 | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| 17                            Plaintiff, | |
| 18       vs. | |
| 19  WESTERN DIGITAL CORPORATION, a Delaware corporation, WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, WESTERN DIGITAL (FREMONT), LLC, a Delaware corporation, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, a Thailand corporation, and WESTERN DIGITAL (MALAYSIA) Sdn. Bhd., a Malaysia corporation, inclusive, | Magistrate: Hon. Paul S. Grewal<br>Ctrm.:      5, 4th Floor<br><br>Case Filed: August 1, 2011<br>Trial Date:  None set. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25                            Defendants. | |
| 26  AND RELATED COUNTERCLAIMS | |

27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV11-03786 PSG

Pursuant to Civil Local Rule 6-2, 7-12, and related rules, Plaintiff Guzik Technical Enterprises, Inc. ("GTE" or "Plaintiff") and Western Digital Corporation, Western Digital Technologies, Inc., Western Digital (Fremont), LLC, Western Digital (Thailand) Company Limited, and Western Digital (Malaysia) Sdn. Bhd. (collectively referred to herein as "Western Digital Defendants"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, on August 1, 2011, GTE filed its Complaint against the Western Digital Defendants;

WHEREAS, on August 1, 2011, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 8) which, among other provisions, set an Initial Case Management Conference in the above-specified action on October 18, 2011, and specified related deadlines leading up to that conference;

WHEREAS, the Court ordered, pursuant to the Parties' stipulation, that The Western Digital Defendants would have until September 26, 2011 to file a response to the complaint and that the Initial Case Management Conference be continued from October 18, 2011 to November 15, 2011, in Courtroom 5, 4th Floor, San Jose Courthouse, at 2:00 p.m., and that all other dates would be continued;

WHEREAS the Court ordered, pursuant to the Parties' stipulation, that GTE would have until November 16, 2011 to file a response to Western Digital's Counterclaims and that the Initial Case Management Conference be continued from November 15, 2011 to December 13, 2011, in Courtroom 5, 4th Floor, San Jose Courthouse, at 2:00 p.m., and that all other dates would be continued;

WHEREAS trial counsel for GTE has just been ordered to prepare a brief in another case under an abbreviated briefing schedule that creates an unforeseen conflict with the Initial Case Management Conference. Trial counsel will receive an opposition brief on the morning of December 13, 2011, and is required to submit a reply brief by 9:00 AM EST on December 14, 2011. Trial counsel therefore is required to prepare its brief on December 13, 2011, and is unable to attend the Initial Case Management Conference scheduled for December 13, 2011;

- 1 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV11-03786 PSG

1    WHEREAS the parties have agreed to stipulate to moving the Initial Case Management Conference to a different date that is convenient to the Court and the parties without modifying the dates for related case management conference deadlines;

    Whereas counsel for either or both of the parties are unavailable on December 14, 2011 – December 15, 2011 and December 26, 2011 – January 4, 2012; and

    WHEREAS the parties' undersigned counsel hereby declares that the time modifications requested herein would have no material impact on the case schedule because the case is at its initial stage:

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

1.  The Initial Case Management Conference shall be continued from December 13, 2011, to one of the following dates convenient to the Court: December 12, 2011 or December 16, 2011, or as soon thereafter as the Court may hear it, in Courtroom 5, 4th Floor, San Jose Courthouse, at 2:00 PM.

2.  All other dates will be unchanged by this stipulation and order.

Date:  December 5, 2011                    BERGESON, LLP

                                           /s/
                                           Jaideep Venkatesan

                                           Attorneys for Plaintiff and Counter-Defendant
                                           GUZIK TECHNICAL ENTERPRISES

    In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date:  December 5, 2011                    LATHAM & WATKINS LLP

                                           /s/

- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV11-03786 PSG

1                                            Richard G. Frenkel

2                                            Attorneys for Defendants and Counter-Complainant
WESTERN DIGITAL CORPORATION,
3                                            WESTERN DIGITAL TECHNOLOGIES, INC.,
WESTERN DIGITIAL (FREMONT), LLC,
4                                            WESTERN DIGITAL (THAILAND) COMPANY
LIMITED, WESTERN DIGITAL (MALAYSIA)
5                                            Sdn. Bhd.

6 PURUSANT TO STIPULATION, the Initial Case Management Conference shall be continued to

7 F gego dgt "38."4233"cv"4‑22"r  0 0

8 IT IS SO ORDERED.

9

10 Dated: F gego dgt "9, 2011

                                                                         *[signature]*
11                                                                  The Honorable Paul S. Grewal
United States District Magistrate
12                                                                   Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28