STEVEN M. BAUER, Bar No. 135067
steven.bauer@lw.com
JAMES L. DAY, Bar No. 197158
jim.day@lw.com
SVETLANA M. BERMAN, Bar No. 239445
svetlana.berman@lw.com
MOHITH R. JULAPALLI, Bar No. 268240
mohith.julapalli@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants and Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>Defendants and Counterclaim Plaintiffs, and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN.BHD,<br><br>Defendants. | CASE NO. 5:11-CV-03786-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING OF STIPULATED PROTECTIVE ORDER OR MOTIONS FOR PROTECTIVE ORDER** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR FILING OF STIPULATED PROTECTIVE ORDER
5:11-CV-03786-PSG

1    Plaintiff Guzik Technical Enterprises, Inc. ("GTE") and Defendants Western Digital
2    Corporation, Western Digital Technologies, Inc., Western Digital (Fremont), LLC, Western
3    Digital (Thailand) Company Limited, and Western Digital (Malaysia) Sdn.Bhn. (collectively,
4    "Western Digital") hereby stipulate through their respective counsel of record as follows:
5         WHEREAS, on August 1, 2011, GTE filed its Complaint against Western Digital;
6         WHEREAS, on August 1, 2011, the Court issued an Order Setting Initial Case
7    Management Conference and ADR Deadlines (Dkt. No. 8) setting an Initial Case Management
8    Conference in this matter on October 18, 2011;
9         WHEREAS, the Court ordered, pursuant to the Parties' stipulation, that Western Digital
10   would have until September 26, 2011 to file a response to the complaint and that the Initial Case
11   Management Conference be continued from October 18, 2011 to November 15, 2011 that all
12   other associated dates would be continued (Dkt. No. 13);
13        WHEREAS, the Court ordered, pursuant to the Parties' stipulation, that GTE would have
14   until November 16, 2011 to file a response to Western Digital's Counterclaims and that the
15   Initial Case Management Conference be continued from November 15, 2011 to December 13,
16   2011 and that all other associated dates would be continued (Dkt. No. 34);
17        WHEREAS, the Court ordered, pursuant to the Parties' stipulation, that the Initial Case
18   Management Conference be continued from December 13, 2011 to December 16, 2011, but that
19   all other dates would be unchanged (Dkt. No. 53);
20        WHEREAS, on December 6, 2011, Western Digital and GTE filed a Joint Case
21   Management Statement and [Proposed] Order (Dkt. No. 50), which included a deadline of
22   December 20, 2011 for filing a proposed protective order or motion for protective order to
23   govern confidential material in this case;
24        WHEREAS, the parties have diligently discussed and negotiated the terms of a stipulated
25   protective order, but have not yet reached agreement on all terms;
26        WHEREAS, Western Digital and GTE believe that outstanding issues concerning the
27   terms of a stipulated protective order can be resolved or substantially narrowed given additional
28   time to meet and confer;

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR FILING OF STIPULATED PROTECTIVE ORDER
5:11-CV-03786-PSG

1    WHEREAS, Western Digital and GTE have agreed, subject to the Court's approval, to
2 extend the deadline for submitting a stipulated protective order or motion for protective order
3 until and including January 13, 2012;

4    WHEREAS, the parties' undersigned counsel confirm that the requested time
5 modification would have no material impact on the case schedule because the case is at its initial
6 stage:

7    IT IS HEREBY STIPULATED by and between the parties hereto through their
8 respective attorneys of record that:

9    The time for filing a stipulated protective order or motion for protective order to govern
10 confidential material in this matter will be extended from December 20, 2011 to January 13,
11 2012.

13 Dated: December 19, 2011            LATHAM & WATKINS, LLP

15                                      By: /s/ *James L. Day*
                                             James L. Day
16                                      Attorneys for Defendants/Counterclaim Plaintiffs
                                        Western Digital Corporation et al.

18    In accordance with General Order No. 45, Rule X, the above signatory attests that
19 concurrence in the filing of this document has been obtained from the signatory below.

21 Dated: December 19, 2011            BERGESON, LLP

23                                      By: /s/ *Melinda M. Morton*
                                             Melinda M. Morton
24                                      Attorneys for Plaintiff/Counterclaim Defendant
                                        Guzik Technical Enterprises, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR FILING OF STIPULATED PROTECTIVE ORDER
5:11-CV-03786-PSG

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 Dated: _December 20_, 2011

                    HON. PAUL SINGH GREWAL

4                     UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR FILING OF STIPULATED PROTECTIVE ORDER
3
5:11-CV-03786-PSG