1  STEVEN M. BAUER, Bar No. 135067
   steven.bauer@lw.com
2  JAMES L. DAY, Bar No. 197158
   jim.day@lw.com
3  SVETLANA M. BERMAN, Bar No. 239445
   svetlana.berman@lw.com
4  MOHITH R. JULAPALLI, Bar No. 268240
   mohith.julapalli@lw.com
5  LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
6  San Francisco, CA 94111-6538
   Telephone: (415) 391-0600
7  Facsimile:  (415) 395-8095

8  RICHARD G. FRENKEL, Bar No. 204133
   rick.frenkel@lw.com
9  LATHAM & WATKINS LLP
   140 Scott Drive
10 Menlo Park, CA 94025
   Telephone: (650) 328-4600
11 Facsimile:  (650) 463-2600

12 Attorneys for Defendants and Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>Defendants and Counterclaim Plaintiffs, and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN.BHD,<br><br>Defendants. | CASE NO. 5:11-CV-03786-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS**<br><br>Date: January 24, 2012 [PROPOSED CHANGE TO January 31, 2012]<br>Time: 10:00 a.m.<br>Magistrate Judge: Hon. Paul Singh Grewal<br>Courtroom: 5, 4th Floor |

Pursuant to Civil Local Rules 6-2, 7-12, and related rules, Plaintiff Guzik Technical Enterprises, Inc. ("GTE") and Defendants Western Digital Corporation et al. (collectively, "Western Digital"), hereby stipulate through their respective counsel of record as follows:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON PLAINTIFF'S MOTION TO DISMISS
5:11-CV-03786-PSG

WHEREAS, on December 6, 2012, GTE filed a motion to dismiss Western Digital's counterclaims for induced and contributory infringement under Federal Rule of Civil Procedure 12(b)(6) and proposed a hearing date and time of January 10, 2012, 10:00 a.m. (Dkt. No. 51);

WHEREAS, after briefing was completed, the Court issued an Order continuing the hearing on the motion to dismiss to January 24, 2012, 10:00 a.m. (Dkt. No. 61);

WHEREAS, certain counsel for Western Digital cannot attend the scheduled hearing due to an unavoidable conflict with a previously scheduled hearing in another matter;

WHEREAS, GTE and Western Digital, through their respective counsel of record, have agreed with the Court's permission to continue the hearing on the motion to dismiss until January 31, 2012, 10:00 a.m.; and

WHEREAS, the parties' undersigned counsel hereby declare that the requested time modifications would have no material impact on the case schedule because the case is at its initial stage:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

The hearing on Western Digital's motion to dismiss will be continued from January 24, 2012 to January 31, 2012, in Courtroom 5, 4th Floor, San Jose Courthouse, at 10:00 a.m.

Dated: January 10, 2012          LATHAM & WATKINS, LLP

                                 By: /s/ Richard G. Frenkel
                                    Richard G. Frenkel
                                 Attorneys for Defendants/Counterclaim Plaintiffs
                                 Western Digital Corporation et al.

Dated: January 10, 2012          BERGESON, LLP

                                 By: /s/ Jaideep Venkatesan
                                    Jaideep Venkatesan

                                 Attorneys for Plaintiff/Counterclaim Defendant
                                 Guzik Technical Enterprises, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON PLAINTIFF'S MOTION TO DISMISS
5:11-CV-03786-PSG

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated: January 10, 2012

_____
HON. PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON PLAINTIFF'S MOTION TO DISMISS
5:11-CV-03786-PSG

2