STEVEN M. BAUER, Bar No. 135067
steven.bauer@lw.com
JAMES L. DAY, Bar No. 197158
jim.day@lw.com
GAVIN M. MASUDA, Bar No. 260480
gavin.masuda@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
MICHELLE P. WOODHOUSE, Bar No. 260669
michelle.woodhouse@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendants and Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>Defendants and Counterclaim Plaintiffs, and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN.BHD,<br><br>Defendants. | CASE NO. 5:11-CV-03786-PSG<br><br>**[**~~PROPOSED~~**] ORDER GRANTING WESTERN DIGITAL'S UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO AMEND INVALIDITY CONTENTIONS
5:11-CV-03786-PSG

1 | Having considered Defendants Motion and the non-opposition thereto,

2 | IT IS HEREBY ORDERED:

3 | Western Digital's Unopposed Motion For Leave To Amend Its Invalidity Contentions is

4 | hereby GRANTED.

6 | Dated: July 8, 2012

8 | By: _____
HON. PAUL SINGH GREWAL

9 | United States Magistrate Judge

11 | Submitted by:

12 | /s/ Michelle P. Woodhouse

13 | Michelle P. Woodhouse, Bar No. 260669
LATHAM AND WATKINS LLP
14 | 505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
15 | Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

17 | Attorneys for Defendants and Counterclaim Plaintiffs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO AMEND INVALIDITY CONTENTIONS
5:11-CV-03786-PSG