STEVEN M. BAUER, Bar No. 135067
steven.bauer@lw.com
JAMES L. DAY, Bar No. 197158
jim.day@lw.com
GAVIN M. MASUDA, Bar No. 260480
gavin.masuda@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
MICHELLE P. WOODHOUSE, Bar No. 260669
michelle.woodhouse@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendants and Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>    Defendants and Counterclaim Plaintiffs, and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN. BHD.,<br><br>            Defendants. | No. 5:11-cv-03786-PSG<br><br>**DEFENDANTS WESTERN DIGITAL TECHNOLOGIES, INC., AND WESTERN DIGITAL (FREMONT) LLC'S ANSWER TO PLAINTIFF GUZIK TECHNICAL ENTERPRISES' COUNTER COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

WESTERN DIGITAL'S ANSWER TO GTE'S
COUNTER COUNTERCLAIMS
Case No. 5:11-cv-03786-PSG

Defendants Western Digital Technologies, Inc. ("WDT"), and Western Digital (Fremont), LLC ("WD-Fremont"), (herein, collectively referred to as "Western Digital"), through their counsel, hereby answer Plaintiff's Counter Counterclaims. To the extent not explicitly admitted, all allegations of the Counter Counterclaims are denied.

## THE PARTIES

1. Admitted.

2. Admitted.

3. Admitted.

## JURISDICTION AND VENUE

4. Western Digital admits that this court has personal jurisdiction over WDT and WD-Fremont.

5. Admitted.

6. Admitted.

7. Western Digital admits that venue is proper in this Court.

## COUNT ONE (AGAINST WESTERN DIGITAL (FREMONT), LLC)

### Declaratory Judgment of Non-Infringement of the '420 Patent

8. WD-Fremont incorporates by reference its responses to Paragraphs 1-7 of the Counter Counterclaims as set forth above.

9. Admitted.

10. Paragraph 10 of the Counter Counterclaims contains no factual allegations for WD-Fremont to admit or deny. To the extent that Paragraph 10 of the Counter Counterclaims contains allegations to which a response is required, WD-Fremont denies them.

11. Admitted.

12. WD-Fremont admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that Plaintiff does not infringe any claim of the '420 Patent, but WD-Fremont denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WD-Fremont denies the remainder of the allegations of Paragraph 12.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

WESTERN DIGITAL'S ANSWER TO GTE'S
COUNTER COUNTERCLAIMS
Case No. 5:11-cv-03786-PSG

**COUNT TWO (AGAINST WESTERN DIGITAL TECHNOLOGIES, INC.)**

**Declaratory Judgment of Non-Infringement of the '089 Patent**

13. WDT incorporates by reference its responses to Paragraphs 1-12 of the Counter Counterclaims as set forth above.

14. Admitted.

15. Paragraph 15 of the Counter Counterclaims contains no factual allegations for WDT to admit or deny. To the extent that Paragraph 15 of the Counter Counterclaims contains allegations to which a response is required, WDT denies them.

16. Admitted.

17. WDT admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that Plaintiff does not infringe any claim of the '089 Patent, but WDT denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WDT denies the remainder of the allegations of Paragraph 17.

**COUNT THREE (AGAINST WESTERN DIGITAL TECHNOLOGIES, INC.)**

**Declaratory Judgment of Non-Infringement of the '696 Patent**

18. WDT incorporates by reference its responses to Paragraphs 1-17 of the Counter Counterclaims as set forth above.

19. Admitted.

20. Paragraph 20 of the Counter Counterclaims contains no factual allegations for WDT to admit or deny. To the extent that Paragraph 20 of the Counter Counterclaims contains allegations to which a response is required, WDT denies them.

21. Admitted.

22. WDT admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that Plaintiff does not infringe any claim of the '696 Patent, but WDT denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WDT denies the remainder of the allegations of Paragraph 22.

**COUNT FOUR (AGAINST WESTERN DIGITAL TECHNOLOGIES, INC.)**

**Declaratory Judgment of Non-Infringement of the '116 Patent**

23. WDT incorporates by reference its responses to Paragraphs 1-22 of the Counter Counterclaims as set forth above.

24. Admitted.

25. Paragraph 25 of the Counter Counterclaims contains no factual allegations for WDT to admit or deny. To the extent that Paragraph 25 of the Counter Counterclaims contains allegations to which a response is required, WDT denies them.

26. Admitted.

27. WDT admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that Plaintiff does not infringe any claim of the '116 Patent, but WDT denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WDT denies the remainder of the allegations of Paragraph 27.

**COUNT FIVE (AGAINST WESTERN DIGITAL (FREMONT), LLC)**

**Declaratory Judgment of Invalidity of the '420 Patent**

28. WD-Fremont incorporates by reference its responses to Paragraphs 1-27 of the Counter Counterclaims as set forth above.

29. Admitted.

30. Paragraph 30 of the Counter Counterclaims contains no factual allegations for WD-Fremont to admit or deny. To the extent that Paragraph 30 of the Counter Counterclaims contains allegations to which a response is required, WD-Fremont denies them.

31. Admitted.

32. WD-Fremont admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that the claims of the '420 Patent are invalid pursuant to Title 35 of the United States Code, but WD-Fremont denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WD-Fremont denies the remainder of the allegations of Paragraph 32.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

WESTERN DIGITAL'S ANSWER TO GTE'S
COUNTER COUNTERCLAIMS
Case No. 5:11-cv-03786-PSG

**COUNT SIX (AGAINST WESTERN DIGITAL TECHNOLOGIES, INC.)**

**Declaratory Judgment of Invalidity of the '089 Patent**

33. WDT incorporates by reference its responses to Paragraphs 1-32 of the Counter Counterclaims as set forth above.

34. Admitted.

35. Paragraph 35 of the Counter Counterclaims contains no factual allegations for WDT to admit or deny. To the extent that Paragraph 35 of the Counter Counterclaims contains allegations to which a response is required, WDT denies them.

36. Admitted.

37. WDT admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that the claims of the '089 Patent are invalid pursuant to Title 35 of the United States Code, but WDT denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WDT denies the remainder of the allegations of Paragraph 37.

**COUNT SEVEN (AGAINST WESTERN DIGITAL TECHNOLOGIES, INC.)**

**Declaratory Judgment of Invalidity of the '696 Patent**

38. WDT incorporates by reference its responses to Paragraphs 1-37 of the Counter Counterclaims as set forth above.

39. Admitted.

40. Paragraph 40 of the Counter Counterclaims contains no factual allegations for WDT to admit or deny. To the extent that Paragraph 40 of the Counter Counterclaims contains allegations to which a response is required, WDT denies them.

41. Admitted.

42. WDT admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that the claims of the '696 Patent are invalid pursuant to Title 35 of the United States Code, but WDT denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WDT denies the remainder of the allegations of Paragraph 42.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

WESTERN DIGITAL'S ANSWER TO GTE'S
COUNTER COUNTERCLAIMS
Case No. 5:11-cv-03786-PSG

**COUNT EIGHT (AGAINST WESTERN DIGITAL TECHNOLOGIES, INC.)**

**Declaratory Judgment of Invalidity of the '116 Patent**

43. WDT incorporates by reference its responses to Paragraphs 1-42 of the Counter Counterclaims as set forth above.

44. Admitted.

45. Paragraph 45 of the Counter Counterclaims contains no factual allegations for WDT to admit or deny. To the extent that Paragraph 45 of the Counter Counterclaims contains allegations to which a response is required, WDT denies them.

46. Admitted.

47. WDT admits that Plaintiff purports to seek a judgment pursuant to the Declaratory Judgment Act that the claims of the '116 Patent are invalid pursuant to Title 35 of the United States Code, but WDT denies that Plaintiff is entitled to the relief sought. Except as expressly admitted herein, WDT denies the remainder of the allegations of Paragraph 47.

**PRAYER FOR RELIEF**

48. Western Digital denies any and all allegations contained in the remainder of the Counter Counterclaims and denies that Plaintiff is entitled to any of the relief requested in Paragraphs 1-12 of its prayer for relief or to any other relief in any form.

Dated: July 30, 2012

LATHAM & WATKINS, LLP

By: /s/ *Richard G. Frenkel*

Richard G. Frenkel, Bar No. 204133
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Email: Rick.Frenkel@lw.com

Attorneys for Defendants and Counterclaim Plaintiffs
WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL (FREMONT), LLC, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, WESTERN DIGITAL (MALAYSIA) SDN. BHD.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

WESTERN DIGITAL'S ANSWER TO GTE'S
COUNTER COUNTERCLAIMS
Case No. 5:11-cv-03786-PSG

## DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b), Western Digital demands a trial by jury on all of Guzik's claims and counter counterclaims and Western Digital's counterclaims in this action so triable.

Dated:  July 30, 2012

LATHAM & WATKINS, LLP


By:  /s/ *Richard G. Frenkel*

Richard G. Frenkel, Bar No. 204133
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Email: Rick.Frenkel@lw.com

Attorneys for Defendants and Counterclaim Plaintiffs
WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., WESTERN DIGITAL (FREMONT), LLC, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, WESTERN DIGITAL (MALAYSIA) SDN. BHD.