1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  JAMES C. OTTESON, Bar No. 157781
   jim@agilityiplaw.com
8  MICHELLE BREIT, Bar No. 133143
   mbreit@agilityiplaw.com
9  JAMES FARMER, *pro hac vice*
   jfarmer@agilityiplaw.com
10 AGILITY IP LAW, LLP
   149 Commonwealth Dr.
11 Menlo Park, CA 64025
   Telephone:  (650) 227.4800
12 Facsimile:   (650) 318.3483

13 Attorneys for Plaintiff and Counterclaim Defendant
   GUZIK TECHNICAL ENTERPRISES
14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, a California corporation,<br><br>                                    Plaintiff,<br><br>    vs.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation, WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, WESTERN DIGITAL (FREMONT), INC., a Delaware corporation, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, a Thailand corporation, and WESTERN DIGITAL (MALAYSIA) SDN.BHD., a Malaysia corporation, inclusive,<br><br>                                    Defendants.<br>AND RELATED COUNTERCLAIMS | Case No. CV11-03786 PSG<br><br>**[~~PROPOSED~~] ORDER GRANTING GUZIK TECHNICAL ENTERPRISES' UNOPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>Date:  No hearing noticed<br>Magistrate Judge: Hon. Paul Singh Grewal<br>Courtroom: 5, 4th Floor<br><br>Case Filed:  August 1, 2011<br>Trial Date:   October 28, 2013 |

1  Having considered Guzik Technical Enterprises' Unopposed Motion for Leave to Amend

2  Its Invalidity Contentions and non-opposition thereto,

3  IT IS HEREBY ORDERED:

4  Guzik Technical Enterprises' Unopposed Motion for Leave to Amend Its Invalidity

5  Contentions is hereby GRANTED.

6

7  Dated: Cwi wuv'8, 2012

    _____
    Hon. Paul S. Grewal
    United States Magistrate Judge