STEVEN M. BAUER, Bar No. 135067
steven.bauer@lw.com
JAMES L. DAY, Bar No. 197158
jim.day@lw.com
GAVIN M. MASUDA, Bar No. 260480
gavin.masuda@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
MICHELLE P. WOODHOUSE, Bar No. 260669
michelle.woodhouse@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendants and Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>       Plaintiff and Counterclaim Defendant,<br><br>       v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>       Defendants and Counterclaim Plaintiffs, and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN.BHD,<br><br>       Defendants. | CASE NO. 5:11-CV-03786-PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON WESTERN DIGITAL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DLA PIPER LLP (US)**<br><br>Magistrate Judge: Hon. Paul Singh Grewal<br>Courtroom: 5, 4th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME
TIME FOR BRIEFING AND HEARING ON MOTION TO COMPEL
5:11-CV-03786-PSG

Pursuant to Civil Local Rules 6-1, 6-2, 7-12, and related rules, Defendants Western Digital Corporation et al. (collectively, "Western Digital"), and non-party DLA Piper LLP (US) ("DLA Piper") respectfully request that the Court enter the following stipulation regarding the briefing schedule for Western Digital's Motion to Compel Production of Documents from DLA Piper LLP (US) (Dkt. No. 147) ("Motion to Compel").

WHEREAS on January 28, 2013, Western Digital served a Subpoena to Produce Documents on DLA Piper LLP (US) ("the Subpoena") ;

WHEREAS on February 8, 2013, DLA Piper served timely responses and objections to the Subpoena;

WHEREAS on February 22, 2013, Western Digital filed the Motion to Compel with this Court via ECF and served the Motion to Compel upon DLA Piper via email and overnight delivery;

WHEREAS pursuant to Local Rule 7-3(a) DLA Piper LLP's opposition to the Motion to Compel is due on Monday, March 11;

WHEREAS pursuant to Local Rule 7-3(c) Western Digital's reply in support of the Motion to Compel is due on Monday, March 21;

WHEREAS the hearing on the Motion to Compel is presently scheduled for Tuesday, April 2 at 10:00 am;

WHEREAS the fact discovery cutoff applicable to the underlying matter is May 1, 2013 (Dkt. No. 143);

WHEREAS Western Digital and DLA have met and conferred and agree to shorten the time for the above briefing schedule and hearing;

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective attorneys of record, that:

- DLA Piper will file and serve its opposition to the Motion to Compel on Friday, March 8;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME
TIME FOR BRIEFING AND HEARING ON MOTION TO COMPEL
5:11-CV-03786-PSG

- Western Digital will file and serve its reply in support of the Motion to Compel on Friday, March 15;
- The hearing on the Motion to Compel will take place on Tuesday, March 26, at 10:00 am.

Prior Time Modifications

There are no prior time modifications with respect to the Subpoena or the Motion to Compel.

Effect of Requested Modification

These extensions currently under discussion will have no effect on deadlines in the underlying matter.

So Stipulated.

Dated: February 28, 2013                LATHAM & WATKINS, LLP

By: /s/ Gavin M. Masuda
    Gavin M. Masuda
Attorneys for Defendants/Counterclaim Plaintiffs
Western Digital Corporation et al.

Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: February 28, 2013                DLA Piper LLP (US)

By: /s/ Diana Maltzer
    Diana Maltzer
Attorneys for Non-Party DLA Piper LLP (US)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 1, 2013

HON. PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME
TIME FOR BRIEFING AND HEARING ON MOTION TO COMPEL
5:11-CV-03786-PSG

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, .

On **February 28, 2013**, I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON WESTERN DIGITAL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DLA PIPER LLP (US)**

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party on February 28, 2013.

> David Priebe
> Diana Maltzer
> DLA Piper LLP
> 2000 University Avenue
> East Palo Alto, California 94303-2214
> Email: david.priebe@dlapiper.com
> Email: diana.maltzer@dlapiper.com

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

## BY OVERNIGHT MAIL DELIVERY

I personally deposited a sealed envelope or package containing the document and addressed as set forth below in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express in the city of Menlo Park, with delivery fees thereon fully prepaid and/or provided for:

> David Priebe
> Diana Maltzer
> DLA Piper LLP
> 2000 University Avenue
> East Palo Alto, California 94303-2214

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **Feburary 28, 2013**, at the city of Menlo Park, CA.

*/s/ Linda S. Smith*
Linda Smith

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME
TIME FOR BRIEFING AND HEARING ON MOTION TO COMPEL
5:11-CV-03786-PSG