DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

KILPATRICK TOWNSEND & STOCKTON LLP
James G. Gilliland, Jr. (CA Bar No. 107988)
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3834
Tel:  (415) 576-0200
Fax: (415) 576-0300
jgilliland@kilpatricktownsend.com

Attorneys for Plaintiff and Counter-Defendant
GUZIK TECHNICAL ENTERPRISES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation, WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, WESTERN DIGITAL (FREMONT), LLC, a Delaware corporation, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, a Thailand corporation, and WESTERN DIGITAL (MALAYSIA) Sdn. Bhd., a Malaysia corporation, inclusive,<br><br>Defendants. | Case No. CV11-03786 PSG<br><br>**NOTICE OF CHANGE OF COUNSEL AND APPEARANCES BY KILPATRICK TOWNSEND & STOCKTON LLP**<br><br>Magistrate Judge: Hon. Paul Singh Grewal<br>Courtroom: 5, 4th Floor<br><br>Case Filed:  August 1, 2011<br>Trial Date:   October 28, 2013 |
| AND RELATED COUNTERCLAIMS | |

1    PLEASE TAKE NOTICE that, effective immediately, the law firm of Kilpatrick
2  Townsend & Stockton LLP will substitute in as legal counsel of record for Plaintiff Guzik
3  Technical Enterprises ("GUZIK"), and will replace GUZIK's former counsel, Agility IP Law.
4  Attorneys from Kilpatrick Townsend & Stockton LLP making appearances on behalf of Guzik
5  are:

    James G. Gilliland, Jr. (CA Bar No. 107988)
    Robert Tadlock (CA Bar No. 238479)
    KILPATRICK TOWNSEND & STOCKTON LLP
    Two Embarcadero Center, 8th Floor
    San Francisco, CA  94111-3834
    Tel:  (415) 576-0200
    Fax: (415) 576-0300
    Email:  jgilliland@kilpatricktownsend.com
           rtadlock@kilpatricktownsend.com

    Anne M. Rogaski (CA Bar No. 184754)
    William E. Mosley (CA Bar No. 280495)
    KILPATRICK TOWNSEND & STOCKTON LLP
    1080 Marsh Road
    Menlo Park, CA 94025
    Tel: (650) 326-2400
    Fax: (650) 326-2422
    Email:  arogaski@kilpatricktownsend.com
            wmosley@kilpatricktownsend.com

    Megan M. Chung  (CA Bar No. 232044)
    Erwin L. Cena (CA Bar No. 272960)
    KILPATRICK TOWNSEND & STOCKTON LLP
    12730 High Bluff Drive, Suite 400
    San Diego, CA  92130
    Tel:  (858) 350-6100
    Fax: (858) 350-6111
    Email:  mchung@kilpatricktownsend.com
           ecena@kilpatricktownsend.com

All notices, pleadings, orders, rulings and documents required to be served in this action should be served hereafter on attorneys of record from Bergeson, LLP and Kilpatrick Townsend & Stockton LLP.

GUZIK and counsel for GUZIK have consented to the substitution through their signatures below:

| | |
|---|---|
| 1  Date: February 6, 2013 | GUZIK TECHNICAL ENTERPRISES |
| 2 | |
| 3 | */s/ Nahum Guzik* |
| 4 | Nahum Guzik |
| 5  Date: February 5, 2013 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 6 | |
| 7 | /s/ *James G. Gilliland, Jr.* <br> James G. Gilliland, Jr. |
| 8  Date: February 6, 2013 | BERGESON, LLP |
| 9 | |
| 10 | /s/ *Jaideep Venkatesan* <br> Jaideep Venkatesan |
| 11 Date: February 6, 2013 | AGILITY IP LAW, LLP |
| 12 | |
| 13 | /s/ *James C. Otteson* <br> James C. Otteson |
| 14 | |
| 15 | Attorneys for Plaintiff and Counter-Defendant <br> GUZIK TECHNICAL ENTERPRISES |

17  The substitution of attorney is hereby approved and SO ORDERED.

19  DATED: March 13, 2013

*[Signature: Paul S. Grewal]*

Hon. Paul S. Grewal
United States Magistrate Judge