1   JAMES GILLILAND, Bar No. 107988
    jgilliland@kilpatricktownsend.com
2   ROBERT TADLOCK, Bar No. 238479
    rtadlock@kilpatricktownsend.com
3   MEGAN CHUNG, Bar No. 232044
    mchung@kilpatricktownsend.com
4   KILPATRICK TOWNSEND & STOCKTON LLP
    Two Embarcadero Center, 8th Floor
5   San Francisco, CA  94111
    Telephone: (415) 576-0200
6   Facsimile:  (415) 576-0300

7   ANNE M. ROGASKI, Bar No. 184754
    arogaski@kilpatricktownsend.com
8   KILPATRICK TOWNSEND & STOCKTON LLP
    1080 Marsh Road
9   Menlo Park, CA  94025
    Telephone: (650) 326-2400
10  Facsimile:  (650) 326-2422

11  Attorneys for Plaintiff and Counter-Defendant
    GUZIK TECHNICAL ENTERPRISES

12

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA  95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

**UNITED STATES DISTRICT COURT**

13  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14  **SAN JOSE DIVISION**

15

16  GUZIK TECHNICAL ENTERPRISES, a
    CALIFORNIA CORPORATION,
17
            Plaintiff,
18
        v.
19  WESTERN DIGITAL CORPORATION, a
    Delaware corporation, WESTERN DIGITAL
20  TECHNOLOGIES, INC., a Delaware
    corporation, WESTERN DIGITAL
21  (FREMONT), INC., a Delaware corporation,
    WESTERN DIGITAL (THAILAND)
22  COMPANY LIMITED, a Thailand
    corporation, and WESTERN DIGITAL
23  (MALAYSIA) SDN.BHD., a Malaysia
    corporation, inclusive,
24
            Defendants.
25

26

27

28

Civil Action No. CV11-03786 PSG

[~~PROPOSED~~] ORDER SEALING
DOCUMENTS SUBJECT TO WESTERN
DIGITAL'S UNOPPOSED
ADMINISTRATIVE MOTION FOR
LEAVE TO FILE UNDER SEAL
DOCUMENTS SUBMITTED IN
SUPPORT OF WESTERN DIGITAL'S
MOTION TO COMPEL PRODUCTION
OF DOCUMENTS (D.I. 190)

Date:       June 4, 2013, 10:00 a.m.
Judge:      Hon. Paul Singh Grewal
Ctrm:       5, 4th Floor

Complaint Filed:    August 1, 2011
Trial Date:         December 2, 2013

Upon consideration of Western Digital's Unopposed Administrative Motion for Leave to File Under Seal Documents Submitted in Support of Western Digital's Motion to Compel Production of Documents (D.I. 190) ("Administrative Motion"), the documents subject to Western Digital's Administrative Motion, and the Declaration of Anne M. Rogaski in support of Western Digital's Administrative Motion, the Court finds there to be good cause for granting in part Western Digital's request to file the following documents under seal:

1.     Portions of Exhibits 10, 14, 18, and 20 to the Declaration of Michelle P. Woodhouse in Support of Western Digital's Motion to Compel Production of Documents (D.I. 191-1) ("Woodhouse Declaration").

2.     The entirety of Exhibits 7, 15, 17, 21, 22, 23, 27, and 28 to the Woodhouse Declaration.

In making the finding that good causes exists for sealing the records above, the Court makes the following additional findings in support thereof:

1.     GTE possesses an overriding confidentiality interest that overcomes the right of public access to portions of Exhibits 10, 14, 18, and 20 to the Woodhouse Declaration, and the entirety of Exhibits 7, 15, 17, 21, 22, 23, 27, and 28 of the Woodhouse Declaration;

2.     GTE does not allege a confidentiality interest in the remaining documents subject to Western Digital's Administrative Motion;

3.     GTE's overriding confidentiality interest support sealing the record;

4.     A substantial probability exists that GTE's overriding confidentiality interest will be prejudiced if the records are not sealed;

5.     The proposed sealing is narrowly tailored; and

6.     No less-restrictive means exist to achieve this overriding interest.

///

///

///

IT IS THEREFORE ORDERED that Western Digital's Unopposed Administrative Motion for Leave to File Under Seal Documents Submitted in Support of Western Digital's Motion to Compel Production of Documents (D.I. 190) is GRANTED-IN-PART.  Portions of Exhibits 10, 14, 18, and 20 and the entirety of Exhibits 7, 15, 17, 21, 22, 23, 27, and 28 to the Declaration of Michelle P. Woodhouse in Support of Western Digital's Motion to Compel Production of Documents shall be filed under seal.

**IT IS SO ORDERED.**

DATED:  July 10, 2013

HON PAUL SINGH GREWAL
United States Magistrate Judge

65432153V.1