| | |
|---|---|
| JAMES GILLILAND, Bar No. 107988<br>jgilliland@kilpatricktownsend.com<br>ROBERT TADLOCK, Bar No. 238479<br>rtadlock@kilpatricktownsend.com<br>MEGAN CHUNG, Bar No. 232044<br>mchung@kilpatricktownsend.com<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 576-0200<br>Facsimile:   (415) 576-0300 | DANIEL J. BERGESON, Bar No. 105439<br>dbergeson@be-law.com<br>MELINDA M. MORTON, Bar No. 209373<br>mmorton@be-law.com<br>JAIDEEP VENKATESAN, Bar No. 211386<br>jvenkatesan@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA  95110-2712<br>Telephone:  (408) 291-6200<br>Facsimile:   (408) 297-6000 |

ANNE M. ROGASKI, Bar No. 184754
arogaski@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326-2400
Facsimile:   (650) 326-2422

Attorneys for Plaintiff and Counter-Defendant
GUZIK TECHNICAL ENTERPRISES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, a CALIFORNIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN DIGITAL CORPORATION, a Delaware corporation, WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, WESTERN DIGITAL (FREMONT), INC., a Delaware corporation, WESTERN DIGITAL (THAILAND) COMPANY LIMITED, a Thailand corporation, and WESTERN DIGITAL (MALAYSIA) SDN.BHD., a Malaysia corporation, inclusive,<br><br>    Defendants. | Civil Action No. CV11-03786 PSG<br><br>**[~~PROPOSED~~] ORDER SEALING DOCUMENTS SUBJECT TO WESTERN DIGITAL'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF WESTERN DIGITAL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (D.I. 190)**<br><br>Date:     June 4, 2013, 10:00 a.m.<br>Judge:   Hon. Paul Singh Grewal<br>Ctrm:    5, 4th Floor<br><br>Complaint Filed:  August 1, 2011<br>Trial Date:           December 2, 2013 |

Upon consideration of Western Digital's Unopposed Administrative Motion for Leave to File Under Seal Documents Submitted in Support of Western Digital's Motion to Compel Production of Documents (D.I. 190) ("Administrative Motion"), the documents subject to Western Digital's Administrative Motion, and the Declaration of Anne M. Rogaski in support of Western Digital's Administrative Motion, the Court finds there to be good cause for granting in part Western Digital's request to file the following documents under seal:

1. Portions of Exhibits 10, 14, 18, and 20 to the Declaration of Michelle P. Woodhouse in Support of Western Digital's Motion to Compel Production of Documents (D.I. 191-1) ("Woodhouse Declaration").

2. The entirety of Exhibits 7, 15, 17, 21, 22, 23, 27, and 28 to the Woodhouse Declaration.

In making the finding that good causes exists for sealing the records above, the Court makes the following additional findings in support thereof:

1. GTE possesses an overriding confidentiality interest that overcomes the right of public access to portions of Exhibits 10, 14, 18, and 20 to the Woodhouse Declaration, and the entirety of Exhibits 7, 15, 17, 21, 22, 23, 27, and 28 of the Woodhouse Declaration;

2. GTE does not allege a confidentiality interest in the remaining documents subject to Western Digital's Administrative Motion;

3. GTE's overriding confidentiality interest support sealing the record;

4. A substantial probability exists that GTE's overriding confidentiality interest will be prejudiced if the records are not sealed;

5. The proposed sealing is narrowly tailored; and

6. No less-restrictive means exist to achieve this overriding interest.

///

///

///

IT IS THEREFORE ORDERED that Western Digital's Unopposed Administrative Motion for Leave to File Under Seal Documents Submitted in Support of Western Digital's Motion to Compel Production of Documents (D.I. 190) is GRANTED-IN-PART.  Portions of Exhibits 10, 14, 18, and 20 and the entirety of Exhibits 7, 15, 17, 21, 22, 23, 27, and 28 to the Declaration of Michelle P. Woodhouse in Support of Western Digital's Motion to Compel Production of Documents shall be filed under seal.

**IT IS SO ORDERED.**

DATED: July 22, 2013

_____
HON PAUL SINGH GREWAL
United States Magistrate Judge

65432153V.1

[PROPOSED] ORDER SEALING DOCUMENTS SUBJECT TO WESTERN DIGITAL'S
UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL (D.I. 190)    - 3 -
CASE NO. CV11-03786 PSG