UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC., | Case No.: 5:11-cv-03786-PSG |
| Plaintiff and Counterclaim Defendant, | **ORDER CLARIFYING DOCKET NO. 498 REGARDING DOCKET NOS. 490 AND 494** |
| v. | |
| WESTERN DIGITAL CORPORATION, et al., | **(Re: Docket Nos. 490, 494, and 498)** |
| Defendants and Counterclaim Plaintiffs, | |
| and | |
| WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN.BHD, | |
| Defendants. | |

The court recently issued an order proposed by Western Digital granting its request to remove certain documents that were erroneously filed.[1] While the motion requested removal of Docket No. 490 and attachments Docket Nos. 490-1 *through* 490-20, the proposed order only sought removal of Docket No. 490 and attachments Docket Nos. 490-1 *and* 490-20.  To clarify: the court ORDERS Docket No. 490 and attachments Docket Nos. 490-1 through 490-20 permanently removed from the public docket.

---

[1] *See* Docket No. 498 (granting Western Digital's request to remove Docket Nos. 490, 490-1, and 490-20).

1
Case No.: 5:11-cv-03786-PSG
ORDER CLARIFYING DOCKET NO. 498 REGARDING DOCKET NOS. 490 AND 494

**IT IS SO ORDERED.**

Dated: December 5, 2013

                                                 _____
                                                 PAUL S. GREWAL
                                                 United States Magistrate Judge