1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>  Defendants and Counterclaim Plaintiffs,<br><br>  and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN. BHD.,<br><br>  Defendants. | CASE NO. 5:11-CV-03786-PSG<br><br>[~~PROPOSED~~] ORDER GRANTING WESTERN DIGITAL'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO SEAL PORTIONS OF THE TRANSCRIPT ON WESTERN DIGITAL'S MOTION TO ENFORCE<br><br>Judge:     Hon. Paul S. Grewal<br>Location:  Courtroom 5, 4th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[~~PROPOSED~~] ORDER GRANTING ADMIN. MOTION FOR LEAVE
TO SEAL PORTIONS OF TRANSCRIPT
5:11-CV-03786-PSG

1   Now before the Court is Western Digital's Unopposed Administrative Motion for Leave
2   to Seal Portions of the Transcript on Western Digital's Motion to Enforce.  Upon consideration
3   of the motion and the supporting declaration of Michelle P. Woodhouse filed therewith, the
4   Court finds there to be good cause for granting the request to file documents under seal.

5   GOOD CAUSE having been shown, the Court finds that:

6   1.   Western Digital possesses overriding confidentiality interests that overcome the
7   right of public access to the record in the following document(s):

8   a.   Portions of the January 23, 2014 Transcript on Western Digital's Motion
9   to Enforce Settlement Agreement.

| Citation | Disposition |
| --- | --- |
| Page 3, lines 3-4 | |
| Page 4, lines 14-15 | |
| Page 8, line 4 | |
| Page 8, lines 13-18 | |
| Page 10, line 5 | |
| Page 10, lines 6-9 | |
| Page 10, line 21 | |
| Page 11, lines 2-3 | |
| Page 13, line 10 | |
| Page 13, lines 16-19 | |
| Page 14, line 2 | |
| Page 14, lines 6-8 | |
| Page 15, lines 5-6 | |
| Page 15, line 9 | |
| Page 15, line 14 | |
| Page 15, lines 18-19 | |
| Page 15, lines 20-21 | |
| Page 15, line 23 | |
| Page 16, lines 15-18 | |
| Page 17, lines 14-15 | |
| Page 18, line 13 | |
| Page 18, lines 17-18 | |
| Page 19, lines 10-12 | |
| Page 19, line 17 | |
| Page 19, line 19 | |
| Page 20, line 6 | |
| Page 20, line 25 | |
| Page 21, line 13 | |
| Page 21, line 15 | |
| Page 21, line 20 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN. MOTION FOR LEAVE
TO SEAL PORTIONS OF TRANSCRIPT
5:11-CV-03786-PSG

1

| | |
|---|---|
| Page 21, line 22 | |
| Page 30, line 5 | |
| Page 30, line 7 | |
| Page 30, line 8 | |
| Page 30, line 22 | |
| Page 31, lines 4-5 | |
| Page 32, line 19 | |
| Page 32, line 21 | |
| Page 32, line 24 | |
| Page 33, line 22 | |
| Page 34, lines 22-24 | |
| Page 35, lines 16-17 | |
| Page 36, lines 24-25 | |
| Page 38, line 14 | |
| Page 39, lines 8-9 | |
| Page 39, lines 14-18 | |
| Page 41, lines 6-8 | |
| Page 41, line 9 | |
| Page 41, line 23 | |
| Page 42, lines 3-4 | |
| Page 42, line 7 | |
| Page 43, line 18 | |
| Page 43, line 19 | |
| Page 47, line 9 | |
| Page 47, line 10 | |
| Page 48, line 1 | |
| Page 48, line 2 | |
| Page 49, line 25 | |
| Page 50, line 7 | |
| Page 54, line 18 | |
| Page 57, line 24-Page 58, line 2 | |
| Page 62, line 4 | |

2. A substantial probability exists that Western Digital's overriding confidentiality interests will be prejudiced if the record is not sealed;

3. The proposed sealing is narrowly tailored; and

4. No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Western Digital's Unopposed Administrative Motion for Leave to Seal Portions of the Transcript on Western Digital's Motion to Enforce is GRANTED as indicated above.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN. MOTION FOR LEAVE
TO SEAL PORTIONS OF TRANSCRIPT
5:11-CV-03786-PSG

2

1  DATED: February 10, 2014

                                                  *[signature]*
HON. PAUL SINGH GREWAL
United States Magistrate Judge

3  Submitted by:

4  */s/ Michelle P. Woodhouse*

5  Michelle P. Woodhouse
LATHAM AND WATKINS LLP
6  140 Scott Drive
7  Menlo Park, CA 94025
Telephone: (650) 328-4600
8  Facsimile: (650) 463-2600

9  Attorneys for Defendants and Counterclaim Plaintiffs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[~~PROPOSED~~] ORDER GRANTING ADMIN. MOTION FOR LEAVE
TO SEAL PORTIONS OF TRANSCRIPT
5:11-CV-03786-PSG

3