1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUZIK TECHNICAL ENTERPRISES, INC.<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., and WESTERN DIGITAL (FREMONT) INC.,<br><br>  Defendants and Counterclaim Plaintiffs, and<br><br>WESTERN DIGITAL (THAILAND) COMPANY LIMITED and WESTERN DIGITAL (MALAYSIA) SDN.BHD,<br><br>  Defendants. | CASE NO. 5:11-CV-03786-PSG<br><br>[~~PROPOSED~~] **JUDGMENT DISMISSING ALL CLAIMS AND COUNTERCLAIMS**<br><br>Magistrate Judge: Hon. Paul Singh Grewal<br>Courtroom: 5, 4th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1    In accordance with Federal Rule of Civil Procedure 58(a), IT IS HEREBY ORDERED that all claims and counterclaims in this action be dismissed with prejudice pursuant to the Court's Order Granting Motion to Enforce Settlement, dated March 21, 2014 ("March 21 Order").

    Guzik Technical Enterprises, Inc., reserves its right to appeal the Court's March 21 Order, as well as this Judgment.

    The hearing on Western Digital's Motion to Dismiss Action With Prejudice, set for June 10, 2014, shall be removed from the calendar.

    Each party shall bear its own costs and fees in connection with the Motion to Dismiss Action with Prejudice, the Opposition thereto, and the Stipulation Requesting Judgment Dismissing All Claims and Counterclaims.

    IT IS SO ORDERED.

DATED: May 19, 2014

*[signature]*
THE HONORABLE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

[PROPOSED] JUDGMENT DISMISSING ALL
CLAIMS AND COUNTERCLAIMS
5:11-CV-03786-PSG